Affidavit    Declarations:

1:24CV474 exhibits 2

Signed by D. R. Arnold AK-5044
S. Zhinin NL-5056
Jay Shumaker EA-7009
Aaron Foster QQ-4926
George D. Brenner TR-6130

Memorandum of Law
Affidavit
Response
Verify Declaration

---

I, D. Rambo Arnold AK-5044, do hereby state, that Because the S.C.I. Benner Warden – Mr. Bucher, stopped the Green Corn Feast Harvest Meal and Strawberry Ceremony Meal, did cause myself and other Native American Indians a Great Emotional Distress with No Reason why the Defendant stopped these Meals. Cause within myself Mental, Physical, Emotional, Cultural, Spiritual, potential Harm, Future Harm, Irreparable Harm, leaving a sick feeling in my spirit, feeling out of Balance – Harmony, leaving an empty spot in my Spirit that was Crushed for years, in my Prison Learning-Teachings of my Culture, traditions, Customs, and my Spiritual Rehabilitation.

This Native Foods is a Sacred Sacrament of my Faith – Belief, which is held by all tribes in Spiritual Rebirth, A Native New Year, Harvest Foods of a Spiritual Gathering in this Ritual-Ceremony symbolizing "Mother Earths Bounty", given to Natives by the Spirits and the Creator.

Without this Harvest Meal for years now, I feel lost, Not at peace, Negative Energy of bad vibes seems to follow me.

I miss this Harvest Meal.

Thank you

Aug. 25, 2025

I declair under Perjury the Foregoing is true and correct.

D. Rambo Arnold
D. Rambo Arnold
AK-5044 BA-121
SCI Benner
Native American Brother

# MEMORANDUM OF LAW
# AFFIDAVIT
# RESPONSE
# DECLARATION

I, Sandro Zhinin, Prison No. NL5056, do hereby state:

I, a Native American religious follower, have been cause great emotional distress when the SCI Benner Township prison no longer allowed the Green Corn Feast Harvest Meal and Strawberry Meal Ceremony. The DOC has amended their policy that allows outside meals to be substituted for the DOC provided meal as a religious meal. However, this new policy is burdening as the Native community does not have the wide resources of outside food vendors as the other religious communities and restricts the diversity of food that are important to the ceremony. There is no penological reason for the Department of Corrections and its administrators to stop those meals and place additional burdens on our ceremonies. This caused harm to me in the following ways: mental, physical, emotional, cultural, spiritual, leaving a sick feeling in my spirit, feeling out of balance-harmony, leaving an empty spot in my spirit that has been crushed for years, learning-teaching of my cultural traditions/customs, and my spiritual rehabilitation.

    This Native foods is a sacred Sacrament of my Faith-Belief, which is held by all Native Nations as a spiritual rebirth, a Native New Year, Harvest Food of a Spiritual gathering in a Ritual-Ceremony symbolozing "Mother Earth's bounty," given to Natives by the Spirits and the Creator.

    I feel lost, not at peace, without this Harvest Meal - spanning for years now. Negative energy seem to follow me. I miss this Harvest Meal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2025 at Bellefonte, PA.

Respectfully Submitted,

*[signature]*

Sandro Zhinin NL5056
SCI Benner
301 Institution Drive
Bellefonte, PA 16823

MEMORANDUM OF LAW
AFFIDAVIT
RESPONSE
VERIFY DECLARATION

---

I, **GEORGE P. BRENNER**, Prison No. **JR6130**, do hereby state:

I, a Native American religious follower, have been cause great emotional distress when the SCI Benner Township prison no longer allowed the Green Corn Feast Harvest Meal and Strawberry Meal Ceremony. The DOC has amended their policy that allows outside meals to be substituted for the DOC provided meal as a religious meal. However, this new policy is burdening as the Native community does not have the wide resources of outside food vendors as the other religious communities and restricts the diversity of food that are important to the ceremony. There is no penological reason for the Department of Corrections and its administrators to stop those meals and place additional burdens on our ceremonies. This caused harm to me in the following ways: mental, physical, emotional, cultural, spiritual, potential harm, future harm, irreparable harm, leaving a sick feeling in my spirit, feeling out of balance-harmony, leaving an empty spot in my spirit that has been crushed for years, learning-teaching of my cultural traditions/customs in my prison, and my spiritual rehabilitation.

This Native foods is a sacred Sacrament of my Faith-Belief, which is held by all Native Nations as a Spiritual Rebirth, a Native New Year, Harvest Food of a Spiritual gathering in a Ritual-Ceremony symbolozing "Mother Earth's bounty," given to Natives by the Spirits and the Creator.

I feel lost, not at peace, without this Harvest Meal - spanning for years now. Negative energy of bad vibes seem to follow me. I miss this Harvest Meal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August **18TH**, 2025 at Bellefonte, PA.

Respectfully Submitted,

*[signature: George P. Brenner]*

SCI Benner
301 Institution Drive
Bellefonte, PA 16823

# Memorandum of Law
## Affidavit
### Response
#### Verify Declaration

Exhibit 2.

---

I, Jay Shumaker, do Here by state, that Because the S.C.I.-Benner Warden — Mr. Bodner, stopped the Green Corn Feast Harvest Meal and Strawberry Ceremony Meal, did cause myself and other Native American Indians a Great Emotional Distress with No Reason why the Defendant stopped these meals — Cause within myself Mental, Physical, Emotional, Cultural, Spiritual, potential Harm, Future Harm, Irreparable Harm, leaving a sick feeling in my Spirit, feeling out of Balance — Harmony, leaving an empty spot in my Spirit that was Crashed for years, in my Prison Learning — Teachings of my Culture, traditions, Customs, and my Spiritual Rehabilitation.

This Native Foods as a Sacred Sacrament of my Faith-Belief, which is held by all tribes in Spiritual Rebirth, A Native New Year, Harvest Foods of a Spiritual Gathering in this Ritual-Ceremony symbolizing "Mothers Earths Bounty", given to Natives by the Spirits and the Creator.

Without this Harvest Meal for years Now, I feel Lost, not at Peace, Negative Energy of Bad vibes seems to Follow Me.

I Miss this Harvest Meal.

Aug. 25, 2025

Thank you

Jay Shumaker

I declare under Perjury the foregoing is true and correct.

Native American Brother

Memorandum of Law
Affidavit
Response
Verify Declaration

---

I, Aaron Foster, Do Here by state, that Because the S.C.I.-Benner Warden — Mr. Bradner, stopped the Green Corn Feast Harvest Meal and Strawberry Ceremony Meal, did cause myself and other Native American Indians a Great Emotional Distress with no reason why the Defendant stopped these meals. Caused within myself mental, physical, emotional, cultural, spiritual, potential harm, future harm, irreparable harm, leaving a sick feeling in my spirit, feeling out of Balance-Harmony, leaving an empty spot in my spirit that was crushed for years, in my Prison Learning-Teachings of my Culture, traditions, customs, and my Spiritual Rehabilitation.

This Native Feeds as a Sacred Sacrament of my Faith-Belief, which is held by all tribes in Spiritual Rebirth, A Native New Year, Harvest Foods of a Spiritual Gathering in this Ritual-Ceremony symbolizing "Mothers Earths Bounty", given to Natives by the Spirits and the Creator.

Without this Harvest Meal for years now, I feel lost, not at peace, Negative Energy of bad vibes seems to follow me.

I miss this Harvest Meal.

I declare under penalty that the foregoing is true and correct.
Aug. 25, 2025

thank you

[signature]

Native American Brother

# AFFIDAVIT OF TRUST

3:24cv474
FILED
SCRANTON
SEP 15 2025
PER Ams
DEPUTY CLERK

I Roman Ellis, do hereby state:

I am a practitioner of the Native American religion.

I found out that the DOC is nolonger allowing the Native American Green Corn Harvest meal and Strawberry Ceremony meal do to policy changes.

This is a violation of my believe system; these Meals/Ceremonies have great significant that teach me to be thankful of the harvest that sustains all life.

Without these proper ceremony meals; I will be defying the teachings and my Creator. Which causes conflict in my Spirit and growth.

The new policy causes harm with its limited food selections that do not coincide with the proper food that is needed to Honor my teachings/traditions.

Without the proper foods our Ceremonies cannot and should take place.

I ask that; you allow All Native Americans who are in the DOC to be ably to have the proper foods to celebrate our teachings/culture in the right way.

I Roman Ellis declare under penalty of perjury that the foregoing is true and correct. _Roman Ellis_ August 27 2025.

**Roman Ellis / CU-3580**
**301 Institution Drive**
**Bellefonte, PA 16823**



Dale R. Arnold
AK-5044
SCI-Benner
301 Inst. Drive
Bellefonte, Penna
16823

—Legal Mail—
IN the United States District Court
IN the Middle District of Pennsylvania
Judge Joseph F. Saporito, Jr.
235 North Washington Ave.
PoBox 1148
Scranton, Penna. 18501-1148

RECEIVED SCRANTON
SEP 15 2025
PER _____ DEPUTY CLERK

Mailed Sept-3/2025 . Mail Box Rule

Dale R. Arnold
AK-5044-PA-181
SCI-Benner
301 Inst. Ave
Bellefonte, Penna.
16823

—Legal Mail— IN the United States District Court
IN the Middle District of Pennsylvania
Judge Joseph F. Saporito, Jr.
235 North Washington Ave
PoBox 1148
Scranton, Penna. 18501-1148