United States District Court
Middle District of Pennsylvania

Pete-R-Arnold; Horse
Marvin Brode, et. al plaintiff
    V.
Bradley Booher, et. al
        defendant

Civil Action NO. 1:24-cv-00474
    Judge Saporito, J.

Plaintiffs' Opposition to the Defendants'
Motion for Summary Judgment                    Rule LR-56.1

to the Honorable Court:

1. Plaintiff received the court order of Sept. 15, 2022 on Sept. 18, 2025,
to file opposition to the Defendants' Motion for summary Judgment,
to be file with-in 14 days. Deadline Sept. 30, 2025.

**FILED
SCRANTON**

OCT 07 2025

PER ___DJ___
**DEPUTY CLERK**

2. To this date of Sept. 25, 2025, thursday, I have not received any motion-brief
from the Defendant for summary judgment.
No opposing Plaintiffs claims, No Promptness, No Responsive.

3. Plaintiff's Claim. The Plaintiff has enjoyed the Indigious Native American Indian Green
Corn Feast-Harvest Meal for over 30 years in Prison, and many years in SCI-Benner Prison,
untill the prison Doc, Prison staff, SCI-Benner's Warden, Mr. Booher-Defendant, stopped this
Harvest Meal with No Reasons at all. Thus Violating the Plaintiffs united states Constitutional
Right of 1st Amendment, Freedom of Religion, and RLUIPA. Causing Irreparable
Harm to the Plaintiffs Mental, Physical, Emotional, Spiritual Harm in the Plaintiffs
Spiritual Rehabilitation and Mental Extensive-extreme Pain-Distress-suffering.
For the Past 3 years Now. Causing Irreparable Harm-Injury to Plaintiff's Psychic.

**FILED
SCRANTON**

OCT 07 2025

PER ___DJ___
**DEPUTY CLERK**

1.

4. the defendant stopped all Religious Meals.

then the Jewish Faith and Muslim Faith sued the DOC-SCI-Albion.
Muslim Faith won in court, and got their Holiday Feast Back with Full Food Meals.
<u>Craig Williams - V. George little -N- Laurel Harry.</u> SCI Albion

5. Plaintiff states, because the defendant will not give the Harvest Meal back to the Indigenous Native American Indian Faith-Belief-Religion, and the Muslins here at SCI-Benner got their Harvest Religious Meal of Fried Chicken, cheese Cake, nuts, other food items, and the Jewish Religion got their food Meals back.

This is Favorism-Discrimination against the Plaintiff's Religion.
First for years the Plaintiff stated No Harvest Meal, then change it to a Modified Meal of the Prisons Food Menu of that Day, then changed the Religious Meal to a 3 Portion Meal by an Out Side Vendor,

Still stating No Full Harvest Meal for the Native American Indian Religion.
In Violation of Plaintiffs 1st. Amend Right and RLUIPR., and in the <u>Cruz.V. Beto</u> Case, where inmates must be given a reasonable Opportunity in his Faith,

Comparable to other inmates in their Religious Faith.

<u>Cruz.V. Beto,</u> 405,US, 319,322, 92.5.Ct. 1079, 1081, 31.L.Ed, 2nd, 263, 268; (1972) President.

<u>Buckley.V.Valeo,</u> 424, US, 1, 87, 96, 5.Ct. 612, 669, 46.L.Ed.2d, 659, 729, (1926). President.

<u>U.S. Const. 14 Amend Right</u>, Discrimination against my Religion.

Equal Protection under the law.

<u>Williams V. Harry, et.al,</u> 1:23-CV-0037, 2024.

Prison Religious Meal settlement in Favor of Muslim Inmates.

2.

6. Plaintiff stands by his Native Religion as his Sincere held Religious Belief, the occlusion Defendant Suppose to have No Restrictions, No Burdens, No Laws-Rulings shall prohibit in the free exercise of their Religion; as in the TANZIN and So Happy case of Sincered held Belide; No Barriers.

      <u>T.anzin.v.Tonvir</u>, 141,S.Ct. 486, 484, 206, L-Ed-2d, 295 (2020) – <u>2023</u> precedent. US. App. LEXIS.16.

      <u>So Happy.v. Prison</u>, 328, or App. 28, (<u>2023</u>).

      <u>Watson.v. Prison</u>; 328, or App. 13, (<u>2023</u>).

7. Before 2020, in the old Green Corn Feast Harvest Meal Ceremony; before Covid, was 2½ Hours Long. this is what the plaintiff is seeking, plus, the Meal of Traditional Foods of; Buffalo, Brown Rice, Sweet Potatoes-yakes, Beans, Squash; Fruit Cup of Strawberries, Blue Berries, Water Mellon, Mellons; Indian Fry Breads, Corn on the Cob; Nut Bread, Coffee, Milk, Sugary Juice; Cold water, Hot Water; the Insio will provide Turkey, Whip tatey, Gravy, Cake.

8. In the foregoing paragraphs is the Genuine Issues that Exist.

9.   Argument;

    the Defendant did stop the Plaintiffs Religious Native Harvest Meal.

    the Defendant did this to Save Money.

    the Defendant did Violate the Plaintiffs US-Const. Rights of 1st-N-14th Amend, RLUIPA, Case Laws.

    the Defendant did Cause the Plaintiff Mental, Emotional Pain-Harm-suffering for years Now.

10. Plaintiff Seeks Monetary, Compensatory, Punitive, Declaratory, Treble, Money Relief-N- Damages of $300,000.00

                            thank you,

                            <u>D. Rambo Arnold</u>
                            Dr. Rambo Arnold
                            A K-5044 – BA-101
                            Sci Benner
                            301 Inst-Drive
                            Bellefonty Penna
                            16823

Date Sept. 25, 2025.

U. Relief, Request, Award, Prayers Remedy,

the Plaintiff is Asking - Requesting this Court to "ReenState" the "Strawberry Ceremony", and the Indiginus Native American Indian Green Corn Feast Harvest Meal, of the original Traditional Foods, so the Plaintiff can again enjoy this Harvest Meal Ceremony with his fellow Brothers of his Native American Indian Faith - Belief - Religion Way of Life.

A Full Food Spread of Traditional Foods of Buffalo, Brown Rice, Sweet Potatoes - yams, Beans, Squash, Fruit cup of strawberries, blue Berries, water mellon, mellon, Indian Fry Bread Corn on the Cob, Nut Bread, Coffee, milk, suger, Juice, Cold water, Hot water, the Prison will provide Turkey, whip totas, Gravy, cake, in this Ceremony Lasting 2½ hours.

plus the Plaintiff is seeking $100,000.00 Dollars in Damages - Harm - Injury's compensatory damages, and for the last 3 years of this on going Harm, Treble Damages Relief - N - Damages of $300,000.00.

thank you,

Respectfull Submitted,

D. Randle Arnold

D. Randle Arnold
AK-5044 - B4-181
SCI. Benner.
301 East Drive
Bellefonte, Penna.
16823

Sept. 25, 2025

4.

United States District Court
Middle District of Pennsylvania

Dale R. Arnold Pro Se,
Plaintiff Beatty, Plaintiff

V

Bradley Booker etal
Defendant.

Civil Action No. 1:24-cv-00474
Judge Saporito, J.

---

## Declaration
## Verification

I, D.R. Arnold, Do Here by Certify that the facts set forth in this foregoing Motion are True and Correct.

Respectfully submitted
D. Rambo Arnold

D. Rambo Arnold
AK-5044-DA-181
SCI. Benner

## Certificate of Service

I, D.R. Arnold, Do Hereby Certify that I am this day serving the following Motion upon the Persons in the manner indicated below:

Service by First class U.S. Mail.

TO

• In the United States District Court, In the Middle District of Penna.
  Judge Joseph F. Saporito, Jr, 235 North Washington Ave, P.O. Box 1148
  Scranton, Penna. 18501-1148.

• Penna. Dept. of Corrections, Tina Wikhia, Assis. Counsel, 1920 Technology Parkway,
  Mechanicsburg, Penna. 17050

Respectfull Submitted,

D. Rambo Arnold

D. Rambo Arnold
AK-5044-DA-181
SCI Benner
301 Inst. Drive
Bellefonte, Penna
16823

Date Sept. 25, 2025

5•

Bob R. Arnold
AY5044-BA-161
SCI-Benner
Smart Communication/PADOC
PoBox 33028
St. Petersburg, FL
33733-8028

INMATE MAIL
PA DPT OF
CORRECTIONS

US POSTAGE OWN
ZIP 40984 $009.72
02 4W
0000376203 SEP. 26. 2025

SMS X-RAY

~Legal Mail~

In the United States District Court
In the Middle District of Penna.
Judge Joseph F. Saporito, Jr.

235 North Washington Ave.

Malbox 448

Scranton, Pennsylvania 18711-1058

RECEIVED
SCRANTON

OCT 07 2025

PER _____
        DEPUTY CLERK

18501814S BOSS