UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARVIN BANKS, *et al.*,

    Plaintiffs,

    v.

BRADLEY BOOHER, *et al.*,

    Defendants.

CIVIL ACTION NO. 1:24-cv-00474

(SAPORITO, J.)

## ORDER

**AND NOW**, this 27th day of February, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 62) is **GRANTED**. Plaintiffs' motions for summary judgment (Docs. 51, 56, 71, 84) are **DENIED**.

2. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiffs.

3. Any further relief requested in defendants' "Notice of Suggestion of Mootness" (Doc. 48); plaintiff Arnold's motion to strike the Notice (Doc. 49); plaintiff Banks's request for appointment of counsel (*see* Doc. 72 at 16); and plaintiff Banks's motion for preliminary injunctive relief (Doc. 76) is **DENIED**.

4.      The Clerk is **DIRECTED** to mark this case as closed.


Dated: February 27, 2026                 *s/Joseph F. Saporito, Jr.*
                                         JOSEPH F. SAPORITO, JR.
                                         United States District Judge